## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JORGE ABRAHAM-HUERTA,<br><br>            Defendant. | Case No. 11CR5118-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant JORGE ABRAHAM-HUERTA.

**SO ORDERED.**

DATED: March 23, 2012

_____
Honorable Janis L. Sammartino
United States District Judge